## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Keywanda Chambers

                        Plaintiff,

v.                                                  Case No.: 1:21–cv–00635

                                                Honorable Rebecca R. Pallmeyer

Center For Addictive Problems, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has reviewed the parties' proposed resolution in this case, and concludes that it reflects a reasonable compromise that grants relief to the Plaintiffs and recognizes the risks inherent in continued litigation. The court therefore grants the motion [50], approves the proposed settlement, and dismisses this case without prejudice. The court will dismiss the case with prejudice on notice from counsel that 30 days have passed since Defendants have tendered final payment. Parties are directed to file a further written status report on or before July 15, 2022, only if Plaintiffs have not provided such notice. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.